UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

NAKELA MCGHEE, *et al.*,

    Plaintiffs,

vs.

DR. DAWN LIGHT, *et al.*,

    Defendants.

Case No. 3:19-cv-143

District Judge Walter H. Rice
Magistrate Judge Michael J. Newman

---

**ORDER AND ENTRY: (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE (DOC. 4); (2) DISMISSING *PRO SE* PLAINTIFFS' COMPLAINT WITHOUT PREJUDICE; AND (3) TERMINATING THIS CASE ON THE COURT'S DOCKET**

---

The Court has reviewed the Report and Recommendation of Magistrate Judge Michael J. Newman (doc. 4), to whom this case was referred pursuant to 28 U.S.C. § 636(b). The parties have not filed objections to the Report and Recommendation and the time for doing so under Fed. R. Civ. P. 72(b) has expired. Accordingly, it is hereby **ORDERED** that: (1) the Report and Recommendation of the Magistrate Judge (doc. 4) be **ADOPTED** in its entirety; (2) *pro se* Plaintiffs' complaint (doc. 3) be **DISMISSED WITHOUT PREJUDICE**; and (3) this case be **TERMINATED** on the Court's docket.

    **IT IS SO ORDERED.**

Date: 6-6-19

Walter H. Rice
United States District Judge