AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

Nakela McGhee, et al., )
*Plaintiff* )
v. ) Civil Action No. 3:19-cv-143
Dr. Dawn Light, et al., )
*Defendant* )

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Adopting Report and Recommendation; Dismissing Pro Se Plaintiffs' Complaint without prejudice; and terminating case on the court's docket.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Walter H. Rice on a motion for Report and Recommendations.

Date: 6/7/2019

CLERK OF COURT

Sophia R. Bryan
*Signature of Clerk or Deputy Clerk*